STATE OF GEORGIA

COUNTY OF <u>DOUGHERTY</u>    ESTATE NO. 17-ES-524

## LETTERS OF ADMINISTRATION

By: <u>NANCY S. STEPHENSON</u>, Judge of the Probate Court of said County.

WHEREAS, <u>CATHY ANN WINDHAM JOHNSON</u> died intestate (check one:)

    ✓ domiciled in this County;
    ____ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing <u>JENNIFER CAMPBELL</u> as Administrator of the estate of said decedent, on condition that said Administrator give oath as required by law; and the said Administrator having complied with said condition; the Court hereby grants unto said Administrator full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator, according to the laws of this State. In addition, this Court has:

(Initial all which apply:)

*JNS*    a.    waived the bond of the Administrator and granted to the Administrator(s) the power to serve without filing an inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

*JNS*    b.    granted to the Administrator all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this <u>4th</u> day of <u>December</u>, 2017.

                                                            Judge of the Probate Court

GEORGIA, DOUGHERTY COUNTY

I HEREBY CERTIFY that the above and foregoing is a true copy of the original document, still in force and effect, on file in this office, this 4th December 2017.

NANCY S. STEPHENSON, JUDGE
Dougherty County Probate Court

**EXHIBIT 1**